| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  COFFEY, JOHN L. | 2. Court or Organization  7th Circuit Court of Appeals | 3. Date of Report  10/01/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior Status | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011  to  12/31/2011 |

**7. Chambers or Office Address**

Federal Building - Courthouse
Room 619
Milwaukee, WI 53202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1954, 1978 | Milwaukee County Pension Plan, City of Milwaukee Pension Plan, State of Wisconsin Employee Pension Plan |
| 2. and 1982 | Explanation: Reporter is a participant in 3 government sponsored pension plans as a result of his employment as Milwaukee City Attorney, Milwaukee County |
| 3. -- | Circuit Court Judge and Wisconsin Supreme Court Justice. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Judicial Retirees & Surv. - U.S. Courts; Milwaukee County, City of Milwaukee, State of Wisconsin Pensions | $263,796.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-Employed artist-painter |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **COFFEY, JOHN L.** | 10/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 10/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST | | | | | | | | | |
| 2. ADVISORS INNER CIRCLE SMIDCAP FUND | A | Dividend | K | T | | | | | |
| 3. ALLIANCE BERNSTEIN INTL GROWTH | | None | | | Sold | 6/24/11 | L | A | |
| 4. AM. MUTUAL FUND CLASS F2 | A | Dividend | J | T | Buy | 12/21/11 | J | | |
| 5. BAIRD SHORT TERM BD FUND | A | Interest | J | T | | | | | |
| 6. BERKSHIRE HATHAWAY CL. B | | None | L | T | | | | | |
| 7. BARCLAY DJ USB COMTY ETN | | None | J | T | | | | | |
| 8. CHILTON WI SDS | B | Interest | K | T | | | | | |
| 9. COLUMBIA FDS OPPTY FUND | A | Dividend | J | T | Buy | 12/21/11 | J | | |
| 10. DFA INVT DIMENSIONS SM CAP | | None | | | Sold | 12/29/11 | L | A | |
| 11. DRIEHAUS MUTUAL FDS | A | Dividend | J | T | Buy | 3/10/11 | J | | |
| 12. FAYETTE CNTY GA. SCHOOL DIST | B | Interest | K | T | Buy | 3/1/11 | K | | |
| 13. FEDERATED SERS INC. | A | Interest | | | Sold | 3/10/11 | J | A | |
| 14. FL ST. BRD ED. PUB. ED. REF. | C | Interest | L | T | | | | | |
| 15. FMI FDS LARGE CAP | C | Dividend | M | T | | | | | |
| 16. FORUM FUNDS LIBERTY ST. HORIZON | A | Dividend | J | T | | | | | |
| 17. GABELLI INVESTOR FUND | B | Dividend | K | T | Buy | 5/16/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 10/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GAINSVILLE FL UTILS REV A | B | Interest | K | T | | | | | |
| 19. GENERAL ELECTRIC | B | Dividend | L | T | | | | | |
| 20. HARBOR INTL FD | | None | | | Sold | 12/29/11 | L | A | |
| 21. IVY FDS ASSET STRATEGY | A | Dividend | K | T | | | | | |
| 22. INV. MANAGER SER. TR. LIBERTY STR | A | Dividend | | | Sold | 12/21/11 | K | A | |
| 23. ISHARES DOW JONES SEL DIV | A | Dividend | K | T | Buy | 12/21/11 | K | | |
| 24. ISHARES MSCI EAFE INDEX FD | A | Dividend | L | T | Buy | 12/29/11 | L | | |
| 25. ISHARES MSCI EAFE SMALL | A | Dividend | K | T | Buy | 12/29/11 | K | | |
| 26. JASPER CNTY S.C. SCHOOL DIST | A | Interest | K | T | Buy | 4/1/11 | K | | |
| 27. JPMORGAN ALERIAN MLP INDEX | A | Dividend | J | T | Buy | 12/21/11 | J | | |
| 28. JUDSON, TX, SCHRFDG | B | Interest | K | T | | | | | |
| 29. KEELY SM CAP VALUE CLASS A | | None | | | Sold | 12/21/11 | K | A | |
| 30. LOGANSPORT IN. HIGH SCHOOL 1ST MTG | B | Interest | K | T | Buy | 2/7/11 | K | | |
| 31. LOOMIS SAYLES FDS BOND FD | A | Interest | J | T | Sold (part) | 12/1/11 | J | A | |
| 32. MUNDER SER TR MID CAP | A | Dividend | K | T | | | | | |
| 33. NEENAH, WI PROM NOTES | B | Interest | K | T | | | | | |
| 34. NEUBERGER BERMAN INC. BOND FUND | A | Interest | J | T | Buy | 12/1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 10/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. OPPENHEIMER INTL BD FD | A | Interest | K | T | | | | | |
| 36. PIMCO DEV LOC MRKT (PAC INVT MGM COMMODITY) | A | Interest | J | T | | | | | |
| 37. PIMCO FDS EMERGING MKTS | A | Dividend | K | T | Buy | 9/1/11 | K | | |
| 38. PIMCO FDS UNCONSTR. BOND FD | A | Dividend | J | T | Sold (part) | 3/10/11 | J | A | |
| 39. PUERTO RICO ELEC. AUTH. REV. RR | B | Interest | L | T | | | | | |
| 40. RICHLAND CNTY SC SCHOOL DISTRICT | B | Interest | K | T | | | | | |
| 41. ROWE T. PRICE CORP. | A | Dividend | J | T | Sold (part) | 3/10/11 | J | A | |
| 42. R.S. INV TR VALUE FD CLASS A | A | Dividend | K | T | | | | | |
| 43. SPDR INDX FDS S&P BRIC | | None | | | Sold | 5/16/11 | K | B | |
| 44. STRATTON FUNDS SM CAP VALUE | A | Dividend | K | T | | | | | |
| 45. 3M CO | B | Dividend | | | Sold | 11/28/11 | L | A | |
| 46. THIRD AVE TR REAL ESTATE VALUE | A | Interest | J | T | | | | | |
| 47. VANGUARD FIXED INC. PROT. | A | Dividend | J | T | Sold (part) | 12/11/11 | J | A | |
| 48. | | | | | | | | | |
| 49. REPORTER | | | | | | | | | |
| 50. BAIRD FUNDS - INTER BD FD | A | Interest | K | T | | | | | |
| 51. BLDRS EMERGING MARKETS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 10/01/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. COSTCO WHOLESALE | A | Dividend | K | T | | | | | |
| 53. FIDELITY NAT. INFO SERIES | A | Dividend | J | T | | | | | |
| 54. FISERV | A | Dividend | K | T | Sold (part) | 8/24/11 | J | A | |
| 55. INTEL CORP. | A | Dividend | J | T | | | | | |
| 56. ISHARES DOW JONES ETF MEDICAL DEVICES INDEX | A | Dividend | J | T | | | | | |
| 57. ISHARES - MSCI BRAZIL INDEX | A | Dividend | K | T | | | | | |
| 58. ISHARES MSCI EMERGING MKTS | A | Dividend | K | T | | | | | |
| 59. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 60. LEUTHOLD FDS. ASSET ALLOC. | A | Dividend | K | T | | | | | |
| 61. MASS MUTUAL | B | Interest | L | T | | | | | |
| 62. MATTHEWS CHINA FUND | A | Dividend | J | T | Sold (part) | 5/20/11 | J | A | |
| 63. MITCHELL BANK HOLDING | A | Dividend | J | T | | | | | |
| 64. NORTHWESTERN MUTUAL LIFE | B | Int./Div. | L | T | | | | | |
| 65. OBERWEIS CHINA OPPT | A | Dividend | J | T | Sold (part) | 5/20/11 | J | A | |
| 66. PARK BANK | B | Int./Div. | K | T | | | | | |
| 67. RIVERBED TECH I | | None | K | T | Sold (part) | 8/24/11 | J | A | |
| 68. SPDR GOLD TR | | None | K | T | Sold (part) | 8/24/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 10/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ST. JUDE MEDICAL | A | Dividend | J | T | | | | | |
| 70. STERICYCLE | A | Dividend | K | T | | | | | |
| 71. US BANK | C | Dividend | L | T | | | | | |
| 72. TPC GROUP | | None | J | T | Buy | 8/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L. | 10/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

REPORTER CORRECTIONS TO 2010 DISCLOSURE REPORT

Part VII. Investments and Trusts


2010 Report failed to show purchase of one security:
40. Richland CNTY SC School District = value code K.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JOHN L. COFFEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544